IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GENE RAMIREZ,

        Petitioner,

v.

DEPARTMENT OF
CORRECTIONS,

        Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0626

Opinion filed August 21, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Gene Ramirez, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Lateasha L. Powell, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Respondent's motion for clarification filed on May 3, 2017, is treated as a motion to dismiss and is granted. This proceeding is treated as a premature appeal and is dismissed. See Banks v. State, 916 So. 2d 35 (Fla. 1st DCA 2005); Baldwin v. Crosby, 905 So. 2d 250 (Fla. 1st DCA 2005) (concluding "proper remedy is to file a

motion in the circuit court seeking [removal of lien and restoration of funds collected], secure a ruling, and if necessary raise the issue when appellate review is sought of any final order in the proceedings below").

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.